# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ODIES MATTHEWS, | 3:10-cv-0693-ECR (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 20, 2011 |
| THE STATE OF NEVADA, in relation to the NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Defendants have filed their Motion for Summary Judgment (Doc. #22) in this action. Plaintiff has failed to oppose the motion.

　　Plaintiff shall be given an additional twenty (20) days from the date of this order within which to file an Opposition to Defendants' Motion for Summary Judgment (Doc. #22). Plaintiff is cautioned that failure to oppose the motion for summary judgment constitutes a consent to the granting of the motion. *See*, Local Rule 7-2(b).

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK
　　　　　　　　　　　　　　　　　　　　By:        /s/
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk