1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8   ODIES MATTHEWS,                )    Case No. 3:10-cv-00693-ECR-WGC
                                    )
9              Plaintiff,           )
    vs.                             )    MINUTES OF THE COURT
10                                  )
    THE STATE OF NEVADA, in         )
11  relation to the NEVADA          )
    DEPARTMENT OF                   )    Date:  November 2, 2011
12  CORRECTIONS, et al.,            )
                                    )
13             Defendants.          )
    _____)
14

    PRESENT:    EDWARD C. REED, JR.            U. S. DISTRICT JUDGE
15
    Deputy Clerk:   COLLEEN LARSEN   Reporter:   NONE APPEARING
16
    Counsel for Plaintiff(s) _____ NONE APPEARING _____
17
    Counsel for Defendant(s) _____ NONE APPEARING _____
18
    MINUTE ORDER IN CHAMBERS
19
         On September 12, 2011, the Magistrate Judge filed a Report and
20  Recommendation (#29) recommending that Defendants' motion for summary
    judgment (#22) be GRANTED.  No objections have been timely filed.
21
         IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
22  Recommendation (#29) is well taken and is APPROVED and ADOPTED.  The
    evidence presented in support of the motion for summary judgment (#22)
23  supports Defendants' contention that the use of force was applied in good faith
    in an effort to maintain and restore order and discipline, not with malicious or
24  sadistic purpose.

25       THEREFORE, IT IS ORDERED that Defendants' Motion for Summary
    Judgment (#22) filed on June 9, 2011, is GRANTED.  The Clerk shall enter
26  Judgment accordingly.

27                                   LANCE S. WILSON, CLERK

28                                   By ___/s/___
                                            Deputy Clerk